## THE W. H. FLANNERY.

(Circuit Court of Appeals, Second Circuit.  January 16, 1918.)

No. 56.

ADMIRALTY ⬤⟿118—REVIEW—FINDINGS OF FACT.

 An appellate court is reluctant to disturb a finding of fact in an admiralty case by the trial judge, who had the advantage of seeing and hearing the witnesses.

Appeal from the District Court of the United States for the Eastern District of New York.

Libel by William Beard and another against the steam tug W. H. Flannery and her engines, etc., claimed by James H. Flannery.  From a decree for libelant, claimant appeals.  Affirmed.

⬤⟿For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Macklin, Brown & Purdy, of New York City (Pierre M. Brown, of New York City, of counsel), for appellant.

Ralph James M. Bullowa, of New York City, for appellees.

Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. The question which this case presents involves no question of law. The District Judge, who saw and heard the witnesses, has found as a fact that the collision was occasioned by the Flannery's failure to comply with the signal given by the Beard and which the Flannery had accepted. This court is reluctant to disturb a conclusion of fact reached by a trial judge, who had the advantage of seeing and hearing the witnesses.

Decree affirmed.